UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID SCOTT HASTINGS,

    Plaintiff,

v.                                                      Case No.: 2:18-cv-485-FtM-38MRM

JOSEPH VIACAVA, SAWYER
SMITH, RYAN DOYLE, THE
WILBUR SMITH LAW FIRM 2065
LLC and GERALDO OLIVO,

    Defendants.
_____/

## **ORDER**[1]

Before the Court is a *sua sponte* review of the file. Due to issues with the Second Amended Complaint (Doc. 21), Plaintiff David Scott Hastings moved to amend and serve the Defendants (Doc. 25). The Court granted the motion (Doc. 26 at 2), and Hastings filed his Third Amended Complaint (Doc. 28). But the Court also set a deadline of August 21, 2019, to serve the Defendants with the Third Amended Complaint. (Doc. 26 at 3). Nothing in the docket shows Hastings' compliance with that deadline. So Hastings must properly serve all Defendants on or before September 20, 2019. This is now Hastings' fourth warning to serve the Defendants or face dismissal of the case. (Docs. 20; 23; 26).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Coincidentally, this is Hastings last warning. The failure to properly serve the Defendants will result in the immediate dismissal of this case without further notice. Likewise, the failure to serve some Defendants will result in the immediate dismissal of the claims against those unserved Defendants.

Accordingly, it is now

**ORDERED:**

Plaintiff **SHALL SERVE** the Third Amended Complaint (Doc. 28) on the Defendants on or before September 20, 2019. **Failure to serve the Defendants by that date will result in the immediate dismissal of this case without further notice**.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of August, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record