UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID SCOTT HASTINGS,

    Plaintiff,

v.                                      Case No.:  2:18-cv-485-FtM-38MRM

JOSEPH VIACAVA, SAWYER
SMITH, RYAN DOYLE, THE
WILBUR SMITH LAW FIRM 2065
LLC and GERALDO OLIVO,

    Defendants.
_____/

## **ORDER**[1]

Before the Court is a sua sponte review of the file.  Plaintiff filed a Motion for Leave to Proceed on Appeal *In Forma Pauperis*.  (Doc. 51).  Because certain forms needed to rule on the Motion were not on the docket, the Court ordered Plaintiff to file them by February 5, 2020.  (Doc. 52).  The Court also sent Plaintiff those forms.  (Doc. 52).  To date, the Court has not received the forms.  The Court understands that Plaintiff was in transit for a different case requiring his presence in the Fort Myers Division of the Middle District.  So the Court will grant Plaintiff a one-week extension to file the Motion for Permission to Appeal In Forma Pauperis and Affidavit along with the Prisoner Consent Form and Financial Certificate.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Plaintiff must **FILE** the Motion for Permission to Appeal In Forma Pauperis and Affidavit along with the Prisoner Consent Form and Financial Certificate **on or before March 3, 2020**.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of February, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record